U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAY 16  AM 11: 42

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| TOWN OF RANDOLPH,         )<br>                            )<br>   Plaintiff,             )<br>                            )<br>   v.                      )<br>                            )<br>KOVATCH MOBILE EQUIPMENT   )<br>CORP. AND NAVISTAR, INC., )<br>                            )<br>   Defendants.            ) | Case No. 5:18-cv-80 |

### ENTRY ORDER

On May 16, 2022, the court held a status conference. The court GRANTS the joint motion to amend the discovery schedule with two reservations:

Any Daubert motion shall be filed not more than thirty (30) days after receipt of the expert's report. The court will set a hearing in short order. The expert shall plan to attend in person.

The court will schedule a status conference in early October 2022 to discuss briefing of any summary judgment motions. It is likely that the schedule will provide for briefing earlier than the February 15, 2023, deadline in the Ninth Stipulated Discovery Schedule/Order. It is also likely that the briefing schedule will be shortened.

The court intends to reach the case for trial in the first six months of 2023.

Dated at Burlington, in the District of Vermont, this 16th day of May, 2022.

Geoffrey W. Crawford, Chief Judge
United States District Court